IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| TINA M. GREGORY f/k/a Tina Adams Green, and EDDIE JAMES WELLS, SR., individually and as Class Representatives for all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>PREFERRED FINANCIAL SOLUTIONS; CREDIT CARD RELIEF; THOMAS P. DAKICH d/b/a DAKICH & ASSOCIATES; RHONDA ROELL-TAYLOR; JEFFREY BROOKS; LARRY D. WILSON; STEVE MLYNSKI; DANIEL YUSKA; ROD MILLER; LAQUETTA PEARSON; and JEFF WHITEHEAD;<br><br>    Defendants. | CIVIL ACTION FILE NO:<br><br>5:11-cv-00422-MTT |

## WAIVER OF SERVICE OF SUMMONS

To:   George Richard DiGiorgio    James W. Hurt
       F. Jerome Tapley               Christopher A. Cosper
       Jon C. Conlin                    John Christopher Clark.

    I have been retained by Larry D. Wilson (the "Defendant") in the above-styled lawsuit. I acknowledge receipt of your request that Defendant waive service of a summons in the above-styled action. The Defendant and I have also received

a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me. Defendant has consulted with me regarding the consequences of my signing this waiver.

Defendant agrees to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that he be served with judicial process in the manner provided by the Federal Rules of Civil Procedure and/or the Georgia Rules of Civil Procedure. Defendant will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

Defendant understands that a judgment may be entered against him if an answer is not served upon you within 60 days after today's date.

Dated: February 11, 2013.

/s/ David A. Lester
David A. Lester
Georgia Bar No. 415962
**JONES WALKER LLP**
1819 5th Avenue North, Suite 1100
Birmingham, Alabama 35203
Telephone: (205) 244-5282
Facsmilie: (205) 244-5482
Email: dlester@joneswalker.com

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing on the following parties via the Court's CM/ECF system and U.S. First Class Mail, postage prepaid and properly addressed, on this 11th day of February, 2013.

| | |
|---|---|
| Mr. James W. Hurt<br>**HURT, STOLZ & CROMWELL, LLC**<br>650 Oglethorpe Avenue, Suite 6<br>Athens, Georgia 30606<br>Email: jhurt@hurtstolz.com | Mr. George Richard DiGiorgio<br>Mr. F. Jerome Tapley<br>Mr. Jon C. Conlin<br>**CORY, WATSON, CROWDER & DEGARIS, PC**<br>2131 Magnolia Avenue<br>Birmingham, Alabama 35205<br>Email: rdigorgio@cwcd.com<br>jtapley@cwcd.com<br>jconlin@cwcd.com |
| Mr. Christopher A. Cosper<br>Georgia Bar No. 142020<br>**HULL BARRETT, PC**<br>801 Broad Street, 7th Floor<br>Augusta, Georgia 30901<br>Email: ccosper@hullbarrett.com | Mr. John Christopher Clark<br>**CLARK & SMITH LAW FIRM, LLC**<br>3402 Vineville Avenue, Suite A<br>Macon, Georgia 31204<br>Telephone: (478) 254-5040<br>Facsimile: (478) 254-5041<br>Email: chris@clarksmithlaw.com |
| Mr. James W. Davis<br>143 Lamar Street<br>Macon, Georgia 31204<br>Telephone: (478) 742-1440<br>Facsimile: (478) 742-6419<br>Email: jdavis@jameswdavislaw.com | |

/s/ David A. Lester
David A. Lester
Georgia Bar No. 415962