IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| TINA M. GREGORY f/k/a Tina Adams Green, individually and as Class Representative for all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>PREFERRED FINANCIAL SOLUTIONS; CREDIT CARD RELIEF; THOMAS P. DAKICH d/b/a DAKICH & ASSOCIATES; RHONDA ROELL-TAYLOR JEFFREY BROOKS; LARRY D. WILSON; STEVE MLYNSKI; DANIEL YUSKA; ROD MILLER; LAQUETTA PEARSON;AND JEFF WHITEHEAD<br><br>    Defendants. | CIVIL ACTION FILE NO:<br><br><u>5:11-cv-00422-MTT</u> |

**DEFENDANTS' UNOPPOSED MOTION TO EXTEND DUE DATE FOR REPLY TO PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGEMENT**

    COME NOW Defendants Preferred Financial Solutions, Credit Card Relief, Thomas P. Dakich d/b/a Dakich & Associates, Jeffery Brooks, Larry D. Wilson, Steve Mlynski, Daniel Yuska, Rod Miller, LaQuetta Pearson, and Jeff Whitehead, by and through counsel, and moves this Court to allow it a fourteen (14) day extension of time to reply to Plaintiff's Response to Defendants' Motion for

{BH213673.1}                                        1

Summary Judgment.  Local Rule 7.3 currently sets the reply due date of April 30, 2014.  A fourteen (14) day extension will allow a reply up to and including May 14, 2014.

Counsel for Plaintiff and Defendant Rhonda Roell-Taylor do not object to this Motion.

[Signature on following page]

    Respectfully Submitted,

_____
William E. Raney, MO# 46954
Copilevitz & Canter, LLC
310 W. 20th Street, Suite 300
Kansas City, MO 64108
816-472-9000
816-472-5000 (f)
braney@cckc-law.com

Steven F. Casey
Jones Walker LLP
One Federal Place, Suite 1100
1819 5th Ave N
Birmingham, AL 35203
205-244-5282
205-244-5482 (f)
scasey@joneswalker.com

April Reeves Freeman
Jones Walker LLP
1360 Peachtree Street NE, Suite 1030
Atlanta, GA 30309
404-870-7509
404-870-7559 (f)
afreeman@joneswalker.com

Attorneys for Defendants Preferred Financial Solutions, Credit Card Relief, Thomas Dakich d/b/a Dakich & Associates, Jeffery Brooks, Larry D. Wilson, Steve Mlynski, Daniel Yuska, Rod Miller, LaQuetta Pearson, and Jeff Whitehead

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing on the following parties via the Court's CM/ECF electronic filing system, or if the party does not participate in Notice of Electronic Filing, by U.S. First Class Mail, postage prepaid and properly addressed, on this 29th day of April, 2014.

| | |
|---|---|
| Mr. James W. Hurt<br>**HURT, STOLZ & CROMWELL, LLC**<br>345 W. Hancock Avenue<br>Athens, Georgia 30601<br>Email:  jhurt@hurtstolz.com | Mr. George Richard DiGiorgio<br>Mr. F. Jerome Tapley<br>Mr. Jon C. Conlin<br>**CORY, WATSON, CROWDER & DEGARIS, PC**<br>2131 Magnolia Avenue<br>Birmingham, Alabama 35205<br>Email:  rdigiorgio@cwcd.com<br>            jtapley@cwcd.com<br>            jconlin@cwcd.com |
| Mr. Christopher A. Cosper<br>Georgia Bar No. 142020<br>**HULL BARRETT, PC**<br>801 Broad Street, 7th Floor<br>Augusta, Georgia 30901<br>Email: ccosper@hullbarrett.com | Mr. John Christopher Clark<br>**CLARK & SMITH LAW FIRM, LLC**<br>3402 Vineville Avenue, Suite A<br>Macon, Georgia 31204<br>Telephone:  (478) 254-5040<br>Facsimile:   (478) 254-5041<br>Email:  chris@clarksmithlaw.com |
| Mr. James W. Davis<br>143 Lamar Street<br>Macon, Georgia 31204<br>Telephone:  (478) 742-1440<br>Facsimile:   (478) 742-6419<br>Email:  jdavis@jameswdavislaw.com | |

*/s/ William E. Raney*
Of Counsel