IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| TINA M. GREGORY, individually and as Class Representative for all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PREFERRED FINANCIAL SOLUTIONS, *et al.*,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  CIVIL ACTION NO. 5:11-CV-422(MTT)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

This matter is before the Court on Defendant Rhonda Roell-Taylor's motion for summary judgment (Doc. 118) and motion to delay the stay of case until resolution of her motion for summary judgment (Doc. 129). The Plaintiff consents to an entry of summary judgment in favor of Roell-Taylor because affidavit testimony shows Roell-Taylor did not engage in the debt adjusting serves with the remaining Defendants in violation of the Georgia Debt Adjustment Act. None of the remaining Defendants objected to the grant of summary judgment in favor of Roell-Taylor. Accordingly, Roell-Taylor's motion for summary judgment is **GRANTED**, and her motion to delay the stay of case is **DENIED as moot**.

**SO ORDERED,** this 15th day of May, 2014.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT